```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02817
    LAURA LEIGH ANTON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-2334

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/07/2008 and was confirmed 04/28/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG NOTICE ONLY            .00           .00            .00
CAPITAL ONE              UNSEC W/INTER     1178.23           .00            .00
CAPITAL ONE              UNSEC W/INTER     1581.39           .00            .00
CAPITAL ONE              UNSEC W/INTER     1961.68           .00            .00
WORLD FINANCIAL NETWORK  UNSEC W/INTER      707.11           .00            .00
WELLS FARGO MORTGAGE     CURRENT MORTG     4167.79           .00        4167.79
WELLS FARGO MORTGAGE     MORTGAGE ARRE    11097.70           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     2104.87           .00            .00
DELL FINANCIAL SERVICES  UNSEC W/INTER     2781.93           .00            .00
CAPITAL ONE              UNSEC W/INTER NOT FILED            .00            .00
ACTION CARD              UNSEC W/INTER NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     5212.83           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      960.36           .00            .00
CHRYSLER CREDIT          UNSEC W/INTER NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      659.99           .00            .00
WORLDWIDE ASSET PURCHASI UNSEC W/INTER    11760.42           .00            .00
ILLINOIS DEPT OF REV     NOTICE ONLY   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY   NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     1855.86           .00            .00
BLOOM FDSB               UNSEC W/INTER NOT FILED            .00            .00
GEMB/ MONTGOMERY WARD    UNSEC W/INTER NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER      929.11           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     1271.37           .00            .00
DELL FINANCIAL SERVICES  SECURED            500.00           .00          40.00
DELL FINANCIAL SERVICES  UNSEC W/INTER NOT FILED            .00            .00
FIFTH THIRD BANK         CURRENT MORTG      540.33           .00         540.33
FIFTH THIRD BANK         SECURED NOT I       .00            .00            .00
PIERCE & ASSOC           NOTICE ONLY   NOT FILED            .00            .00
CLERK OF THE CIRCUIT CT  NOTICE ONLY   NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER      957.80           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED         7270.42           .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY         .00                           .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 02817 LAURA LEIGH ANTON
```

```
TOM VAUGHN                 TRUSTEE                                       412.88
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                5,161.00

PRIORITY                                              .00
SECURED                                          4,748.12
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               412.88
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                 5,161.00                  5,161.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
    Dated: 12/22/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```